UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ELZIE, DENNIS O | § Case No. 09-15698 |
| | § |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BRADLEY J. WALLER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 07/09/2010 in Courtroom 201, United States Courthouse, Will County Court Annex Building
57 North Ottawa Street
Joliet, IL 60432.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 05/21/2010        By: /s/BRADLEY J. WALLER
                                        Trustee

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL 60178
(815) 748-0380

**UST Form 101-7-NFR (9/1/2009)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: ELZIE, DENNIS O § Case No. 09-15698
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 5,002.10 |
| and approved disbursements of | $ 0.00 |
| leaving a balance on hand of [1] | $ 5,002.10 |

Claims of secured creditors will be paid as follows:

*Claimant*          *Proposed Payment*

N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | BRADLEY J. WALLER | $ 1,250.19 | $ 150.00 |
| Attorney for trustee | | $ | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*      *Fees*      *Expenses*

---

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

*Attorney for debtor* _____ $_____ $_____
*Attorney for*       _____ $_____ $_____
*Accountant for*     _____ $_____ $_____
*Appraiser for*      _____ $_____ $_____
*Other*              _____ $_____ $_____

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 30,278.93 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 11.9 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | DISCOVER BANK | $ 2,369.32 | $ 281.84 |
| 2 | AMERICAN INFOSOURCE LP AS AGENT FOR TARGET | $ 1,092.44 | $ 129.96 |
| 3 | Recovery Management Systems Corporation - JCPenney | $ 1,069.62 | $ 127.23 |
| 4 | Dell Financial Services L.L.C. | $ 554.44 | $ 65.95 |
| 5 | Chase Bank USA, N.A. | $ 202.97 | $ 24.14 |
| 6 | Chase Bank USA, N.A. | $ 4,032.64 | $ 479.69 |
| 7 | Chase Bank USA, N.A. | $ 1,487.59 | $ 176.95 |
| 8 | Chase Bank USA, N.A. | $ 1,017.73 | $ 121.06 |
| 9 | US Bank | $ 464.36 | $ 55.24 |
| 10 | PYOD LLC i assignee of Citibank | $ 79.40 | $ 9.44 |

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| 11 | PYOD LLC assignee of Citibank | $ 98.42 | $ 11.71 |
| 12 | PYOD LLC assignee of Citibank | $ 619.01 | $ 73.63 |
| 13 | US Bank N.A. | $ 2,974.46 | $ 353.81 |
| 14 | US Bank N.A. | $ 2,111.72 | $ 251.19 |
| 15 | Recovery Management Systems Corporation | $ 879.46 | $ 104.61 |
| 16 | Recovery Management Systems Corporation | $ 5,201.09 | $ 618.67 |
| 17 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 2,584.48 | $ 307.43 |
| 18 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 3,439.78 | $ 409.16 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number    Claimant                                Allowed Amt. of Claim    Proposed Payment*
                                N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number    Claimant                                Allowed Amt. of Claim    Proposed Payment*
                                N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

**UST Form 101-7-NFR (9/1/2009)**

Prepared By: /s/BRADLEY J. WALLER
Trustee, Bradley J. Waller

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL 60178
(815) 748-0380

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0752−1 | User: sdaniel | Date Created: 5/1/2009 |
| Case: 09−15698 | Form ID: b9a | Total: 46 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Dennis O Elzie | 304 Honeytree    Romeoville, IL 60446 |
| tr | Bradley J Waller | Klein Stoddard Buck Waller &Lewis LLC    2045 Aberdeen Court    Sycamore, IL 60178 |
| aty | Martin Lear | Legal Helpers    233 S Wacker Drive, Suite 5150    Chicago, IL 60606 |
| 13856542 | American General Finance | Po Box 3121    Evansville, IN 47731 |
| 13856543 | Bac Fleet Bankcard | Po Box 26012    Greensboro, NC 27420 |
| 13856544 | Bank Of America | Nc4−105−03−14    4161 Piedmont Pkwy    Greensboro, NC 27420 |
| 13856545 | Capital One Bank | Attn: C/O TSYS Debt Management    Po Box 5155    Norcross, GA 30091 |
| 13856546 | Chase | Attn: Bankruptcy Dept    Po Box 100018    Kennesaw, GA 30156 |
| 13856549 | Chase BP | Attention: Banktruptcy Department    Po Box 100018    Kennesaw, GA 30156 |
| 13856548 | Chase Bank | 131 South Dearborn Street    Floor 5    Chicago, IL 60603 |
| 13856547 | Chase Cc | Attention: Bankruptcy Department    Po Box 15298    Wilmington, DE 19850 |
| 13856550 | Citibank Usa | Attn.: Centralized Bankruptcy    Po Box 20507    Kansas City, MO 64195 |
| 13856551 | Conseco Finance | Po Box 6154    Rapid City, SD 57709 |
| 13856552 | Consecofin | 345 St Peter/900 Landmk    Saint Paul, MN 55102 |
| 13856553 | Cpu citi | Attn: Centralized Bankruptcy    Po Box 20507    Kansas City, MO 64195 |
| 13856554 | Dell Financial Services | Attn: Bankruptcy Dept.    12234 North Ih 35    Austin, TX 78753 |
| 13856555 | Direct Merchants Bank | Card Member Services − GSC    Po Box 5246    Carol Stream, IL 60197 |
| 13856556 | Discover Fin Svcs Llc | Po Box 15316    Wilmington, DE 19850 |
| 13856557 | E trade | 2730 Liberty Ave    Pittsburgh, PA 15222 |
| 13856558 | Eagleviewfcu | 1233 Westbank Expy    Harvey, LA 70058 |
| 13856560 | GEMB Walmart | Attention: Bankruptcy    Po Box 103106    Roswell, GA 30076 |
| 13856559 | Ge Capital Credit Card | Attn: Bankruptcy    Po Box 103106    Roswell, GA 30076 |
| 13856561 | Gemb jcp | Attention: Bankruptcy    Po Box 103106    Roswell, GA 30076 |
| 13856562 | Gemb tweeter | Po Box 981439    El Paso, TX 79998 |
| 13856563 | HSBC | Attn: Bankruptcy    Po Box 5213    Carol Stream, IL 60197 |
| 13856564 | HSBC | Hsbc Retail Services Attention: Bankru    Po Box 15522    Wilmington, DE 19850 |
| 13856565 | Hsbc Bank | Attn: Bankruptcy    Po Box 5253    Carol Stream, IL 60197 |
| 13856566 | Hsbc suzki | Po Box 703    Wood Dale, IL 60191 |
| 13856567 | Industrial Accep Corp | 138 Orange Street    New Haven, CT 06510 |
| 13856568 | Kohls | Attn: Recovery    Po Box 3120    Milwaukee, WI 53201 |
| 13856569 | Ledford and Wu | 200 S. Michigan Ave    Chicago, IL 60604 |
| 13856570 | Lvnv Funding Llc | Po Box 740281    Houston, TX 77274 |
| 13856571 | Macys fdsb | Macy's Bankruptcy    Po Box 8053    Mason, OH 45040 |
| 13856572 | National City Card Ser | K−a16−2j    Kalamazoo, MI 49009 |
| 13856573 | Prsm/cbsd | Po Box 6497    Sioux Falls, SD 57117 |
| 13856574 | Rshk/cbsd | Attn.: Centralized Bankruptcy    Po Box 20507    Kansas City, MO 64195 |
| 13856576 | Sears/cbsd | 701 East 60th St N    Sioux Falls, SD 57117 |
| 13856575 | Sears/cbsd | Sears Bankruptcy Recovery    7920 Nw 110th St    Kansas City, MO 64101 |
| 13856577 | Shell Oil / Citibank | Attn.: Centralized Bankruptcy    Po Box 20507    Kansas City, MO 64195 |
| 13856578 | Sunwest Fcu | 11839 N 28th Dr    Phoenix, AZ 85029 |
| 13856579 | Tnb−visa | Po Box 9475    Minneapolis, MN 55440 |
| 13856580 | United Consumer Financial Services | 865 Bassett Rd    Westlake, OH 44145 |
| 13856581 | Us Bank | Attn: Bankruptcy Dept.    P.O. Box 5229    Cincinnati, OH 45201 |
| 13856582 | Us Bank/na Nd | 4325 17th Ave S    Fargo, ND 58125 |
| 13856583 | Washington Mutual / Providian | Attn: Bankruptcy Dept.    Po Box 10467    Greenville, SC 29603 |
| 13856584 | Wells Fargo Hm Mortgag | Attention: Bankruptcy Department MAC−X    3476 Stateview Blvd    Fort Mill, SC 29715 |

TOTAL: 46