# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: ELZIE, DENNIS O | §  Case No. 09-15698 |
| | § |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BRADLEY J. WALLER_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 07/09/2010 in Courtroom 201, United States Courthouse, Will County Court Annex Building
57 North Ottawa Street
Joliet, IL  60432.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  05/21/2010         By:  /s/BRADLEY J. WALLER_____
                                          Trustee

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL  60178
(815) 748-0380

**UST Form 101-7-NFR (9/1/2009)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: ELZIE, DENNIS O § Case No. 09-15698
§
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 5,002.10 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 5,002.10 |

Claims of secured creditors will be paid as follows:

*Claimant*                                                      *Proposed Payment*
                         N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | BRADLEY J. WALLER | $ 1,250.19 | $ 150.00 |
| Attorney for trustee | | $ | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*                    *Fees*              *Expenses*

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 30,278.93 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 11.9 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | DISCOVER BANK | $ 2,369.32 | $ 281.84 |
| 2 | AMERICAN INFOSOURCE LP AS AGENT FOR TARGET | $ 1,092.44 | $ 129.96 |
| 3 | Recovery Management Systems Corporation - JCPenney | $ 1,069.62 | $ 127.23 |
| 4 | Dell Financial Services L.L.C. | $ 554.44 | $ 65.95 |
| 5 | Chase Bank USA, N.A. | $ 202.97 | $ 24.14 |
| 6 | Chase Bank USA, N.A. | $ 4,032.64 | $ 479.69 |
| 7 | Chase Bank USA, N.A. | $ 1,487.59 | $ 176.95 |
| 8 | Chase Bank USA,N.A. | $ 1,017.73 | $ 121.06 |
| 9 | US Bank | $ 464.36 | $ 55.24 |
| 10 | PYOD LLC i assignee of Citibank | $ 79.40 | $ 9.44 |

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| 11 | PYOD LLC assignee of Citibank | $ 98.42 | $ 11.71 |
| 12 | PYOD LLC assignee of Citibank | $ 619.01 | $ 73.63 |
| 13 | US Bank N.A. | $ 2,974.46 | $ 353.81 |
| 14 | US Bank N.A. | $ 2,111.72 | $ 251.19 |
| 15 | Recovery Management Systems Corporation | $ 879.46 | $ 104.61 |
| 16 | Recovery Management Systems Corporation | $ 5,201.09 | $ 618.67 |
| 17 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 2,584.48 | $ 307.43 |
| 18 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 3,439.78 | $ 409.16 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number   Claimant                           Allowed Amt. of Claim   Proposed Payment*
                              N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number   Claimant                           Allowed Amt. of Claim   Proposed Payment*
                              N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-NFR (9/1/2009)**

Prepared By: /s/BRADLEY J. WALLER
Trustee, Bradley J. Waller

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL 60178
(815) 748-0380

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# Notice Recipients

District/Off: 0752–1  User: sdaniel  Date Created: 5/1/2009
Case: 09–15698  Form ID: b9a  Total: 46

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | Dennis O Elzie | 304 Honeytree | Romeoville, IL 60446 |
| tr | Bradley J Waller | Klein Stoddard Buck Waller &Lewis LLC | 2045 Aberdeen Court   Sycamore, IL 60178 |
| aty | Martin Lear | Legal Helpers   233 S Wacker Drive, Suite 5150 | Chicago, IL 60606 |
| 13856542 | American General Finance | Po Box 3121   Evansville, IN 47731 | |
| 13856543 | Bac Fleet Bankcard | Po Box 26012   Greensboro, NC 27420 | |
| 13856544 | Bank Of America | Nc4–105–03–14   4161 Piedmont Pkwy   Greensboro, NC 27420 | |
| 13856545 | Capital One Bank | Attn: C/O TSYS Debt Management   Po Box 5155   Norcross, GA 30091 | |
| 13856546 | Chase | Attn: Bankruptcy Dept   Po Box 100018   Kennesaw, GA 30156 | |
| 13856549 | Chase BP | Attention: Banktruptcy Department   Po Box 100018   Kennesaw, GA 30156 | |
| 13856548 | Chase Bank | 131 South Dearborn Street   Floor 5   Chicago, IL 60603 | |
| 13856547 | Chase Cc | Attention: Bankruptcy Department   Po Box 15298   Wilmington, DE 19850 | |
| 13856550 | Citibank Usa | Attn.: Centralized Bankruptcy   Po Box 20507   Kansas City, MO 64195 | |
| 13856551 | Conseco Finance | Po Box 6154   Rapid City, SD 57709 | |
| 13856552 | Consecofin | 345 St Peter/900 Landmk   Saint Paul, MN 55102 | |
| 13856553 | Cpu citi | Attn: Centralized Bankruptcy   Po Box 20507   Kansas City, MO 64195 | |
| 13856554 | Dell Financial Services | Attn: Bankruptcy Dept.   12234 North Ih 35   Austin, TX 78753 | |
| 13856555 | Direct Merchants Bank | Card Member Services – GSC   Po Box 5246   Carol Stream, IL 60197 | |
| 13856556 | Discover Fin Svcs Llc | Po Box 15316   Wilmington, DE 19850 | |
| 13856557 | E trade | 2730 Liberty Ave   Pittsburgh, PA 15222 | |
| 13856558 | Eagleviewfcu | 1233 Westbank Expy   Harvey, LA 70058 | |
| 13856560 | GEMB Walmart | Attention: Bankruptcy   Po Box 103106   Roswell, GA 30076 | |
| 13856559 | Ge Capital Credit Card | Attn: Bankruptcy   Po Box 103106   Roswell, GA 30076 | |
| 13856561 | Gemb jcp | Attention: Bankruptcy   Po Box 103106   Roswell, GA 30076 | |
| 13856562 | Gemb tweeter | Po Box 981439   El Paso, TX 79998 | |
| 13856563 | HSBC | Attn: Bankruptcy   Po Box 5213   Carol Stream, IL 60197 | |
| 13856564 | HSBC | Hsbc Retail Services Attention: Bankru   Po Box 15522   Wilmington, DE 19850 | |
| 13856565 | Hsbc Bank | Attn: Bankruptcy   Po Box 5253   Carol Stream, IL 60197 | |
| 13856566 | Hsbc suzki | Po Box 703   Wood Dale, IL 60191 | |
| 13856567 | Industrial Accep Corp | 138 Orange Street   New Haven, CT 06510 | |
| 13856568 | Kohls | Attn: Recovery   Po Box 3120   Milwaukee, WI 53201 | |
| 13856569 | Ledford and Wu | 200 S. Michigan Ave   Chicago, IL 60604 | |
| 13856570 | Lvnv Funding Llc | Po Box 740281   Houston, TX 77274 | |
| 13856571 | Macys fdsb | Macy's Bankruptcy   Po Box 8053   Mason, OH 45040 | |
| 13856572 | National City Card Ser | K–a16–2j   Kalamazoo, MI 49009 | |
| 13856573 | Prsm/cbsd | Po Box 6497   Sioux Falls, SD 57117 | |
| 13856574 | Rshk/cbsd | Attn.: Centralized Bankruptcy   Po Box 20507   Kansas City, MO 64195 | |
| 13856576 | Sears/cbsd | 701 East 60th St N   Sioux Falls, SD 57117 | |
| 13856575 | Sears/cbsd | Sears Bankruptcy Recovery   7920 Nw 110th St   Kansas City, MO 64101 | |
| 13856577 | Shell Oil / Citibank | Attn.: Centralized Bankruptcy   Po Box 20507   Kansas City, MO 64195 | |
| 13856578 | Sunwest Fcu | 11839 N 28th Dr   Phoenix, AZ 85029 | |
| 13856579 | Tnb–visa | Po Box 9475   Minneapolis, MN 55440 | |
| 13856580 | United Consumer Financial Services | 865 Bassett Rd   Westlake, OH 44145 | |
| 13856581 | Us Bank | Attn: Bankruptcy Dept.   P.O. Box 5229   Cincinnati, OH 45201 | |
| 13856582 | Us Bank/na Nd | 4325 17th Ave S   Fargo, ND 58125 | |
| 13856583 | Washington Mutual / Providian | Attn: Bankruptcy Dept.   Po Box 10467   Greenville, SC 29603 | |
| 13856584 | Wells Fargo Hm Mortgag | Attention: Bankruptcy Department MAC–X   3476 Stateview Blvd   Fort Mill, SC 29715 | |

TOTAL: 46

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: wepps                  Page 1 of 2                   Date Rcvd: Jun 16, 2010
Case: 09-15698                 Form ID: pdf006              Total Noticed: 57

The following entities were noticed by first class mail on Jun 18, 2010.
db         +Dennis O Elzie,   304 Honeytree,   Romeoville, IL 60446-1021
aty        +Martin A. Lear,   Law Offices of Ernesto D. Borges,   105 West Madison,   23rd Floor,
             Chicago, IL 60602-4647
tr         +Bradley J Waller,   Klein Stoddard Buck Waller & Lewis LLC,   2045 Aberdeen Court,
             Sycamore, IL 60178-3140
13856543   +Bac Fleet Bankcard,   Po Box 26012,   Greensboro, NC 27420-6012
13856544   +Bank Of America,   Nc4-105-03-14,   4161 Piedmont Pkwy,   Greensboro, NC 27410-8110
13856545   +Capital One Bank,   Attn: C/O TSYS Debt Management,   Po Box 5155,   Norcross, GA 30091-5155
13856546   +Chase,   Attn: Bankruptcy Dept,   Po Box 100018,   Kennesaw, GA 30156-9204
13856549   +Chase BP,   Attention: Banktruptcy Department,   Po Box 100018,   Kennesaw, GA 30156-9204
13856548   +Chase Bank,   131 South Dearborn Street,   Floor 5,   Chicago, IL 60603-5571
14351746    Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
14412294   +Chase Bank USA,N.A.,   c/o Creditors Bankruptcy Service,   P O Box 740933,
             Dallas, TX 75374-0933
13856547   +Chase Cc,   Attention: Bankruptcy Department,   Po Box 15298,   Wilmington, DE 19850-5298
13856550   +Citibank Usa,   Attn.: Centralized Bankruptcy,   Po Box 20507,   Kansas City, MO 64195-0507
13856552    Consecofin,   345 St Peter/900 Landmk,   Saint Paul, MN 55102
13856553   +Cpu citi,   Attn: Centralized Bankruptcy,   Po Box 20507,   Kansas City, MO 64195-0507
13856554   +Dell Financial Services,   Attn: Bankruptcy Dept.,   12234 North Ih 35,   Austin, TX 78753-1724
14329103    Dell Financial Services L.L.C.,   c/o Resurgent Capital Services,   PO Box 10390,
             Greenville, SC 29603-0390
13856555   +Direct Merchants Bank,   Card Member Services - GSC,   Po Box 5246,   Carol Stream, IL 60197-5246
13856557   +E trade,   2730 Liberty Ave,   Pittsburgh, PA 15222-4704
13856558   +Eagleviewfcu,   1233 Westbank Expy,   Harvey, LA 70058-4462
13856551   ++GREENTREE SERVICING LLC,   BANKRUPTCY DEPARTMENT,   P O BOX 6154,   RAPID CITY SD 57709-6154
             (address filed with court: Conseco Finance,   Po Box 6154,   Rapid City, SD 57709)
13856563   +HSBC,   Attn: Bankruptcy,   Po Box 5213,   Carol Stream, IL 60197-5213
13856564   ++HSBC BANK,   ATTN BANKRUPTCY DEPARTMENT,   PO BOX 5213,   CAROL STREAM IL 60197-5213
             (address filed with court: HSBC,   Hsbc Retail Services Attention: Bankru,   Po Box 15522,
             Wilmington, DE 19850)
13856565   +Hsbc Bank,   Attn: Bankruptcy,   Po Box 5253,   Carol Stream, IL 60197-5253
13856566   +Hsbc suzki,   Po Box 703,   Wood Dale, IL 60191-0703
13856567   +Industrial Accep Corp,   138 Orange Street,   New Haven, CT 06510-3121
13856569   +Ledford and Wu,   200 S. Michigan Ave,   Chicago, IL 60604-2402
13856571   +Macys fdsb,   Macy's Bankruptcy,   Po Box 8053,   Mason, OH 45040-8053
13856572    National City Card Ser,   K-a16-2j,   Kalamazoo, MI 49009
14530947   +PYOD LLC its successors and assigns as assignee of,   Citibank,   c/o Resurgent Capital Services,
             PO Box 19008,   Greenville, SC 29602-9008
13856573   +Prsm/cbsd,   Po Box 6497,   Sioux Falls, SD 57117-6497
13856574   +Rshk/cbsd,   Attn.: Centralized Bankruptcy,   Po Box 20507,   Kansas City, MO 64195-0507
13856576   +Sears/cbsd,   701 East 60th St N,   Sioux Falls, SD 57104-0432
13856575   +Sears/cbsd,   Sears Bankruptcy Recovery,   7920 Nw 110th St,   Kansas City, MO 64153-1270
13856577   +Shell Oil / Citibank,   Attn.: Centralized Bankruptcy,   Po Box 20507,
             Kansas City, MO 64195-0507
13856578   +Sunwest Fcu,   11839 N 28th Dr,   Phoenix, AZ 85029-3313
13856579   +Tnb-visa,   Po Box 9475,   Minneapolis, MN 55440-9475
14615246   ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court: US Bank N.A.,   POB 5229,   Cincinnati, OH 45201-5229)
13856581   ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court: Us Bank,   Attn: Bankruptcy Dept.,   P.O. Box 5229,
             Cincinnati, OH 45201)
13856582   ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court: Us Bank/na Nd,   4325 17th Ave S,   Fargo, ND 58125)
13856580   +United Consumer Financial Services,   865 Bassett Rd,   Westlake, OH 44145-1194
13856583   +Washington Mutual / Providian,   Attn: Bankruptcy Dept.,   Po Box 10467,
             Greenville, SC 29603-0467
13856584   +Wells Fargo Hm Mortgag,   Attention: Bankruptcy Department MAC-X,   3476 Stateview Blvd,
             Fort Mill, SC 29715-7203

The following entities were noticed by electronic transmission on Jun 16, 2010.
aty        +E-mail/Text: notice@billbusters.com                            Martin A. Lear,
             Law Offices of Ernesto D. Borges,   105 West Madison,   23rd Floor,   Chicago, IL 60602-4647
14275457    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 17 2010 02:14:34
             AMERICAN INFOSOURCE LP AS AGENT FOR,   TARGET,   PO Box 248838,   Oklahoma City, OK   73124-8838
13856542   +E-mail/PDF: CBP@AGFINANCE.COM Jun 17 2010 02:16:59      American General Finance,   Po Box 3121,
             Evansville, IN 47731-3121
14275060    E-mail/PDF: mrdiscen@discoverfinancial.com Jun 17 2010 02:15:01       DISCOVER BANK,
             DFS Services LLC,   PO Box 3025,   New Albany, Ohio   43054-3025
13856556   +E-mail/PDF: mrdiscen@discoverfinancial.com Jun 17 2010 02:15:01       Discover Fin Svcs Llc,
             Po Box 15316,   Wilmington, DE 19850-5316
14644190    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 17 2010 02:14:34
             FIA CARD SERVICES, NA/BANK OF AMERICA,   BY AMERICAN INFOSOURCE LP AS ITS AGENT,   PO Box 248809,
             Oklahoma City, OK   73124-8809
13856560   +E-mail/PDF: gecsedi@recoverycorp.com Jun 17 2010 02:19:58      GEMB Walmart,
             Attention: Bankruptcy,   Po Box 103106,   Roswell, GA 30076-9106
13856559   +E-mail/PDF: gecsedi@recoverycorp.com Jun 17 2010 02:19:59      Ge Capital Credit Card,
             Attn: Bankruptcy,   Po Box 103106,   Roswell, GA 30076-9106
13856561   +E-mail/PDF: gecsedi@recoverycorp.com Jun 17 2010 02:19:58      Gemb jcp,   Attention: Bankruptcy,
             Po Box 103106,   Roswell, GA 30076-9106
13856562   +E-mail/PDF: gecsedi@recoverycorp.com Jun 17 2010 02:19:59      Gemb tweeter,   Po Box 981439,
             El Paso, TX 79998-1439
13856568   +E-mail/PDF: cr-bankruptcy@kohls.com Jun 17 2010 02:17:18      Kohls,   Attn: Recovery,
             Po Box 3120,   Milwaukee, WI 53201-3120
```

```
District/off: 0752-1              User: wepps                 Page 2 of 2                  Date Rcvd: Jun 16, 2010
Case: 09-15698                    Form ID: pdf006             Total Noticed: 57

The following entities were noticed by electronic transmission (continued)
13856570      +E-mail/Text: resurgentbknotifications@resurgent.com                            Lvnv Funding Llc,
               Po Box 740281,     Houston, TX 77274-0281
14280563      +E-mail/PDF: rmscedi@recoverycorp.com Jun 17 2010 02:20:02
               Recovery Management Systems Corporation,    For Capital Recovery III LLC,
               As Assignee of GE Capital - JC Penney Co,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
14639170      +E-mail/PDF: rmscedi@recoverycorp.com Jun 17 2010 02:20:01
               Recovery Management Systems Corporation,    For GE Money Bank,   dba WALMART,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
14639171      +E-mail/PDF: rmscedi@recoverycorp.com Jun 17 2010 02:20:00
               Recovery Management Systems Corporation,    For GE Money Bank,   dba CARE CREDIT/GEMB,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
                                                                                               TOTAL: 15

              ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 18, 2010**                        **Signature:**    _Joseph Speetjens_