# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: ELZIE, DENNIS O                                     Case No. 09-15698
                                                           Chapter  7
_____,
              Debtor

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

BRADLEY J. WALLER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $158,698.50                    Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $3,601.89       Claims Discharged
                                                 Without Payment: $26,677.04

Total Expenses of Administration: $1,400.21

---

3) Total gross receipts of $ 5,002.10 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $5,002.10 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 1,400.21 | 1,400.21 | 1,400.21 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from Exhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | 0.00 | 30,278.93 | 30,278.93 | 3,601.89 |
| TOTAL DISBURSEMENTS | $0.00 | $31,679.14 | $31,679.14 | $5,002.10 |

4) This case was originally filed under Chapter 7 on April 30, 2009. The case was pending for 18 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/09/2010          By: /s/BRADLEY J. WALLER
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2008 Federal Income Tax Return | 1124-000 | 5,000.00 |
| Interest Income | 1270-000 | 2.10 |
| **TOTAL GROSS RECEIPTS** | | **$5,002.10** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | N/A | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BRADLEY J. WALLER | 2100-000 | N/A | 1,250.21 | 1,250.21 | 1,250.21 |
| BRADLEY J. WALLER | 2200-000 | N/A | 150.00 | 150.00 | 150.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 1,400.21 | 1,400.21 | 1,400.21 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| N/A | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | DISCOVER BANK | 7100-000 | N/A | 2,369.32 | 2,369.32 | 281.86 |
| 2 | AMERICAN INFOSOURCE LP AS AGENT FOR TARGET | 7100-000 | N/A | 1,092.44 | 1,092.44 | 129.95 |
| 3 | Recovery Management Systems Corporation - JCPenney | 7100-000 | N/A | 1,069.62 | 1,069.62 | 127.24 |
| 4 | Dell Financial Services L.L.C. | 7100-000 | N/A | 554.44 | 554.44 | 65.95 |

**UST Form 101-7-TDR (10/1/2010)**

| # | Claimant | Code | | Amount | Allowed | Paid |
|---|---|---|---|---|---|---|
| 5 | Chase Bank USA, N.A. | 7100-000 | N/A | 202.97 | 202.97 | 24.14 |
| 6 | Chase Bank USA, N.A. | 7100-000 | N/A | 4,032.64 | 4,032.64 | 479.71 |
| 7 | Chase Bank USA, N.A. | 7100-000 | N/A | 1,487.59 | 1,487.59 | 176.96 |
| 8 | Chase Bank USA, N.A. | 7100-000 | N/A | 1,017.73 | 1,017.73 | 121.07 |
| 9 | US Bank | 7100-000 | N/A | 464.36 | 464.36 | 55.24 |
| 10 | PYOD LLC i assignee of Citibank | 7100-000 | N/A | 79.40 | 79.40 | 9.45 |
| 11 | PYOD LLC assignee of Citibank | 7100-000 | N/A | 98.42 | 98.42 | 11.71 |
| 12 | PYOD LLC assignee of Citibank | 7100-000 | N/A | 619.01 | 619.01 | 73.64 |
| 13 | US Bank N.A. | 7100-000 | N/A | 2,974.46 | 2,974.46 | 353.83 |
| 14 | US Bank N.A. | 7100-000 | N/A | 2,111.72 | 2,111.72 | 251.20 |
| 15 | Recovery Management Systems Corporation | 7100-000 | N/A | 879.46 | 879.46 | 104.62 |
| 16 | Recovery Management Systems Corporation | 7100-000 | N/A | 5,201.09 | 5,201.09 | 618.70 |
| 17 | FIA CARD SERVICES, NA/BANK OF AMERICA | 7100-000 | N/A | 2,584.48 | 2,584.48 | 307.44 |
| 18 | FIA CARD SERVICES, NA/BANK OF AMERICA | 7100-000 | N/A | 3,439.78 | 3,439.78 | 409.18 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 0.00 | 30,278.93 | 30,278.93 | 3,601.89 |

**UST Form 101-7-TDR (10/1/2010)**

## Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 09-15698
**Case Name:** ELZIE, DENNIS O
**Period Ending:** 11/09/10

**Trustee:** (330500) BRADLEY J. WALLER
**Filed (f) or Converted (c):** 04/30/09 (f)
**§341(a) Meeting Date:** 06/25/09
**Claims Bar Date:** 08/24/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Real Estate located at 304 Honeytree, Romeoville | 139,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Checking account with US Bank | 25.00 | 0.00 | DA | 0.00 | FA |
| 3 | Savings account with Sun West Credit Union | 50.00 | 0.00 | DA | 0.00 | FA |
| 4 | Miscellaneous used household goods | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | Miscellaneous books, tapes, CD's, etc. | 50.00 | 0.00 | DA | 0.00 | FA |
| 6 | Personal used clothing | 300.00 | 0.00 | DA | 0.00 | FA |
| 7 | Miscellaneous costume jewelry | 50.00 | 0.00 | DA | 0.00 | FA |
| 8 | Employer - Term Life Insurance - no cash surrend | 0.00 | 0.00 | DA | 0.00 | FA |
| 9 | 401k through American Water | 13,483.50 | 0.00 | DA | 0.00 | FA |
| 10 | Smith Barney - 44 shares- $44 per year in divide | 50.00 | 0.00 | DA | 0.00 | FA |
| 11 | 2008 Federal Income Tax Return | 6,414.00 | 5,000.00 | | 5,000.00 | FA |
| 12 | Motorcycle | 4,690.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 2.10 | FA |
| 13 | Assets Totals (Excluding unknown values) | $165,112.50 | $5,000.00 | | $5,002.10 | $0.00 |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** December 31, 2010    **Current Projected Date Of Final Report (TFR):** June 18, 2010 (Actual)

Printed: 11/09/2010 10:52 AM    V.12.54

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 09-15698  
**Case Name:** ELZIE, DENNIS O  

**Taxpayer ID #:** **-***2903  
**Period Ending:** 11/09/10  

**Trustee:** BRADLEY J. WALLER (330500)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****12-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/28/09 | {11} | Harris NA | | 1124-000 | 5,000.00 | | 5,000.00 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.01 | | 5,000.01 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.21 | | 5,000.22 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.20 | | 5,000.42 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.20 | | 5,000.62 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.21 | | 5,000.83 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.21 | | 5,001.04 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.19 | | 5,001.23 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.19 | | 5,001.42 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.22 | | 5,001.64 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.03 | | 5,001.67 |
| 04/06/10 | | Wire out to BNYM account 9200******1265 | Wire out to BNYM account 9200******1265 | 9999-000 | -5,001.67 | | 0.00 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 0.00 | 0.00 | $0.00 |
| Less: Bank Transfers | -5,001.67 | 0.00 | |
| Subtotal | 5,001.67 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $5,001.67 | $0.00 | |

{} Asset reference(s)

Printed: 11/09/2010 10:52 AM    V.12.54

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 09-15698
**Case Name:** ELZIE, DENNIS O

**Taxpayer ID #:** **-***2903
**Period Ending:** 11/09/10

**Trustee:** BRADLEY J. WALLER (330500)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******12-65 - Money Market Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********1265 | Wire in from JPMorgan Chase Bank, N.A. account ********1265 | 9999-000 | 5,001.67 | | 5,001.67 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.23 | | 5,001.90 |
| 05/21/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0700% | 1270-000 | 0.20 | | 5,002.10 |
| 05/21/10 | | To Account #9200******1266 | | 9999-000 | | 5,002.10 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 5,002.10 | 5,002.10 | $0.00 |
| | | | Less: Bank Transfers | | 5,001.67 | 5,002.10 | |
| | | | **Subtotal** | | 0.43 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.43** | **$0.00** | |

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 09-15698 | | Trustee: | BRADLEY J. WALLER (330500) |
|---|---|---|---|---|
| Case Name: | ELZIE, DENNIS O | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******12-66 - Checking Account |
| Taxpayer ID #: | **-***2903 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 11/09/10 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 05/21/10 | | From Account #9200******1265 | | 9999-000 | 5,002.10 | | 5,002.10 |
| 07/09/10 | 101 | BRADLEY J. WALLER | Dividend paid 100.00% on $150.00, Trustee Expenses; Reference: | 2200-000 | | 150.00 | 4,852.10 |
| 07/09/10 | 102 | BRADLEY J. WALLER | Dividend paid 100.00% on $1,250.21, Trustee Compensation; Reference: | 2100-000 | | 1,250.21 | 3,601.89 |
| 07/09/10 | 103 | DISCOVER BANK | Dividend paid 11.89% on $2,369.32; Claim# 1; Filed: $2,369.32; Reference: | 7100-000 | | 281.86 | 3,320.03 |
| 07/09/10 | 104 | AMERICAN INFOSOURCE LP AS AGENT FOR TARGET | Dividend paid 11.89% on $1,092.44; Claim# 2; Filed: $1,092.44; Reference: | 7100-000 | | 129.95 | 3,190.08 |
| 07/09/10 | 105 | Recovery Management Systems Corporation - JCPenney | Dividend paid 11.89% on $1,069.62; Claim# 3; Filed: $1,069.62; Reference: | 7100-000 | | 127.24 | 3,062.84 |
| 07/09/10 | 106 | Dell Financial Services L.L.C. | Dividend paid 11.89% on $554.44; Claim# 4; Filed: $554.44; Reference: | 7100-000 | | 65.95 | 2,996.89 |
| 07/09/10 | 107 | Chase Bank USA, N.A. | Dividend paid 11.89% on $202.97; Claim# 5; Filed: $202.97; Reference: | 7100-000 | | 24.14 | 2,972.75 |
| 07/09/10 | 108 | Chase Bank USA, N.A. | Dividend paid 11.89% on $4,032.64; Claim# 6; Filed: $4,032.64; Reference: | 7100-000 | | 479.71 | 2,493.04 |
| 07/09/10 | 109 | Chase Bank USA, N.A. | Dividend paid 11.89% on $1,487.59; Claim# 7; Filed: $1,487.59; Reference: | 7100-000 | | 176.96 | 2,316.08 |
| 07/09/10 | 110 | Chase Bank USA,N.A. | Dividend paid 11.89% on $1,017.73; Claim# 8; Filed: $1,017.73; Reference: | 7100-000 | | 121.07 | 2,195.01 |
| 07/09/10 | 111 | US Bank | Dividend paid 11.89% on $464.36; Claim# 9; Filed: $464.36; Reference: | 7100-000 | | 55.24 | 2,139.77 |
| 07/09/10 | 112 | PYOD LLC i assignee of Citibank | Dividend paid 11.89% on $79.40; Claim# 10; Filed: $79.40; Reference: | 7100-000 | | 9.45 | 2,130.32 |
| 07/09/10 | 113 | PYOD LLC assignee of Citibank | Dividend paid 11.89% on $98.42; Claim# 11; Filed: $98.42; Reference: | 7100-000 | | 11.71 | 2,118.61 |
| 07/09/10 | 114 | PYOD LLC assignee of Citibank | Dividend paid 11.89% on $619.01; Claim# 12; Filed: $619.01; Reference: | 7100-000 | | 73.64 | 2,044.97 |
| 07/09/10 | 115 | US Bank N.A. | Dividend paid 11.89% on $2,974.46; Claim# 13; Filed: $2,974.46; Reference: | 7100-000 | | 353.83 | 1,691.14 |
| 07/09/10 | 116 | US Bank N.A. | Dividend paid 11.89% on $2,111.72; Claim# 14; Filed: $2,111.72; Reference: | 7100-000 | | 251.20 | 1,439.94 |
| 07/09/10 | 117 | Recovery Management Systems Corporation | Dividend paid 11.89% on $879.46; Claim# 15; Filed: $879.46; Reference: | 7100-000 | | 104.62 | 1,335.32 |
| 07/09/10 | 118 | Recovery Management Systems Corporation | Dividend paid 11.89% on $5,201.09; Claim# 16; Filed: $5,201.09; Reference: | 7100-000 | | 618.70 | 716.62 |
| 07/09/10 | 119 | FIA CARD SERVICES, NA/BANK OF AMERICA | Dividend paid 11.89% on $2,584.48; Claim# 17; Filed: $2,584.48; Reference: | 7100-000 | | 307.44 | 409.18 |

Subtotals: $5,002.10    $4,592.92

{} Asset reference(s)

Printed: 11/09/2010 10:52 AM    V.12.54

# Form 2
## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 09-15698 | | Trustee: | BRADLEY J. WALLER (330500) |
|---|---|---|---|---|
| Case Name: | ELZIE, DENNIS O | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******12-66 - Checking Account |
| Taxpayer ID #: | **-***2903 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 11/09/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/09/10 | 120 | FIA CARD SERVICES, NA/BANK OF AMERICA | Dividend paid 11.89% on $3,439.78; Claim# 18; Filed: $3,439.78; Reference: | 7100-000 | | 409.18 | 0.00 |
| | | | ACCOUNT TOTALS | | 5,002.10 | 5,002.10 | $0.00 |
| | | | Less: Bank Transfers | | 5,002.10 | 0.00 | |
| | | | Subtotal | | 0.00 | 5,002.10 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $5,002.10 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****12-65 | 5,001.67 | 0.00 | 0.00 |
| MMA # 9200-******12-65 | 0.43 | 0.00 | 0.00 |
| Checking # 9200-******12-66 | 0.00 | 5,002.10 | 0.00 |
| | $5,002.10 | $5,002.10 | $0.00 |